Anita Susan Brenner, Esq., SBN 058741
TORRES & BRENNER
ATTORNEYS AT LAW
301 EAST COLORADO BOULEVARD
SUITE 614
PASADENA, CALIFORNIA 91101
(626) 792-3175

**Attorneys for** Plaintiff Luis Echeverria

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LUIS ECHEVERRIA,

    Plaintiff,

vs.

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, a public entity; LAURA SHIGEMITSU, an individual; NANCY WADA-MCKEE, an individual, and DOES 1 through 50,

    Defendants.

Case No.: CV14-01091 GHK-MRW
[Assigned to Duty Magistrate Judge Alicia G. Rosenberg]

[~~PROPOSED~~] PROTECTIVE ORDER RE: PLAINTIFF'S APPLICATION FOR AN ORDER PLACING UNDER SEAL LUIS ECHEVERRIA'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

DATE:
TIME:
COURTROOM:

    The Court, having considered the documents before it, finds that the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, presently electronically filed as Docket No. 1, will be removed from the online docket, filed under seal and not available to the public or online.

**IT IS SO ORDERED**

DATED: February 28, 2014

_____
~~Alicia G. Rosenberg~~
~~United States Duty Magistrate Judge~~
GEORGE H. KING
Chief U.S. District Judge

1

[[PROPOSED] PROTECTIVE ORDER RE: PLAINTIFF'S APPLICATION FOR AN ORDER PLACING UNDER SEAL LUIS ECHEVERRIA'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS]