JS - 6

**FILED: 07-14-2014**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ECHEVERRIA, ) <br> ) <br>　　　　　　　Plaintiff, ) <br> ) <br>　　vs. ) <br> ) <br>BOARD OF TRUSTEES OF THE ) <br>CALIFORNIA STATE UNIVERSITY, ) <br>et al, ) <br>　　　　　　　Defendants. ) <br>_____ ) | **CASE NO. CV 14-1091 GHK (MRWx)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED: July 13, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　CHIEF U. S. DISTRICT JUDGE